PATENT HARBOR, LLC,
Plaintiff–Appellant,

v.

AUDIOVOX CORPORATION and Audiovox Electronics Corporation,
Defendants–Appellees,

and

RadioShack Corporation,
Defendant–Appellee,

and

Vizio, Inc., Defendant–Appellee,

and

Imation Corporation, Defendant–Appellee,

and

Best Buy Co., Inc., Defendant–Appellee,

and

Denon Electronics (USA), LLC,
Defendant–Appellee.

No. 2013–1341.

United States Court of Appeals,
Federal Circuit.

Jan. 15, 2014.

Keith Rutherford, Wong, Cabello, Lutsch, Rutherford & Brucculeri, L.L.P., of Houston, TX, argued for plaintiff-appellant. With him on the brief were Terril G. Lewis, Ngoc Linh Bui, and Daniel Peterson. Of counsel on the brief was Eric M. Albritton, Albritton Law Firm, of Longview, TX.

Adrian M. Pruetz, Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP, of Los Angeles, CA, argued for all defendants-appellees. With her on the brief for defendant-appellee Vizio, Inc. was Charles C. Koole. On the brief for defendant-appellee Best Buy Co., Inc. was Emmett J. McMahon, Robins, Kaplan, Miller & Ciresi LLP, of Minneapolis, MN; for defendant-appellee Denon Electronics (USA), LLC were John M. Jackson, Christopher J. Rourk, and Matthew C. Acosta, Jackson Walker LLP, of Dallas, TX; for defendant-appellee Imation Corporation was Anton N. Handal, Handal & Associates, of San Diego, CA; for defendant-appellee RadioShack Corporation was Christopher M. Joe, Buether Joe & Carpenter, LLC, of Dallas, TX; and for defendants-appellees Audiovox Corporation, et al. were D. Joseph English and Kristina Caggiano, Duane Morris LLP, of Washington, DC.

LOURIE, PROST, and O'MALLEY, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**